SOLOMON SCHINASI et al., Respondents, *v.* ROBERT E. LANE, Appellant.

*Schinasi* v. *Lane,* 118 App. Div. 76, affirmed.
(Argued March 5, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1907, affirming a judgment in favor of plaintiffs entered

upon a decision of the court at a Trial Term without a jury in an action to recover on a written guaranty.

*Sumner B. Stiles* and *M. S. Schector* for appellant.

*Otto Horwitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT and CHASE, JJ. Dissenting: VANN, WERNER and WILLARD BARTLETT, JJ.